**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:   **JR PRODUCE, INC.**

CASE NO

CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   12/1/2014 _____

Signature   _/s/ Oscar Gonzalez_____
                        *Oscar Gonzalez*
                        *President*

Date _____

Signature _____

3 KINGS DISTRIBUTING/DAVID CHAVEZ
2921 BERT YANCEY,
EL PASO, TX 79936


ALTO VALLE FOODS, INC
301 RAYNOLDS SUITE A
EL PASO, TX 79905


AMIGOS MEAT DISTRIBUTORS
2423 E. University Dr.
Phoenix, AZ 85034


ARSA DISTRIBUTING, INC
500 W. OVERLAND # 250-N
EL PASO, TX 79901


AVANCE FOODS INC
306 E PAISANO DR
EL PASO, TX 79901


BANANAS & TROPICAL FRUITS INC.
3618 FRUTAS AVE
EL PASO, TX 79905


BLUE BELL CREAMERIES, L.P.
PO BOX 973601
DALLAS, TX 75397-3601


CAPROCK CLAIMS MANAGEMENT, LLC
PO BOX 743427
DALLAS, TX 75374-3427


CARGILL FOOD DISTRUBUTION
PO BOX 200050
SAN ANTONIO, TX 78220

```
CEBALLOS HONEY
P O BOX 1224
1118 E MAIN ST
FABENS, TX 79838


CELIA RIOS/CAKELAND SWEET FLAVORS
3116 WYOMING
EL PASO, TX 79903


City of El Paso
P.O. Box 2992
El Paso, TX 79999-2992


CLIFFORD, ROSS, RAUDENBUSH & COOPER CPAS
1790 LEE TREVINO
Suite 400
EL PASO, TX 79936


Comptroller Public Account
P.O. Box 149348
Austin, TX 78714-9348


COZZINI BROS., INC.
350 HOWARD AVENUE
DES PLAINES, IL 60018


David Aelvoet
Linebarger, Goggan, Blair
711 Navarro, Suite 300
San Antonio, TX 78205


DEES FOODSERVICE EL PASO LLC
P.O. BOX 26249
EL PASO, TX 79907


DOÑA ANA EMPANADAS
5721 WEST VALLEY CIRCLE,
EL PASO, TX 79932
```

DS WATERS OF AMERICA, INC.
P O BOX 403628
ATLANTA, GA 30384


DUST TEX RENTAL
2630 E. YANDELL
EL PASO, TX 79903


ECONOMY CASH & CARRY
PO BOX 1736
EL PASO, TX 79949-1736


EL FENIX BAKERY
8438 ALAMEDA AVE
EL PASO, TX 79907


EL PASO BOLT & SCREW CO. INC.
7058 ALAMEDA AVE
EL PASO, TX 79915


El Paso Central Appraisal District
5801 Trowbridge
El Paso, TX 79925


El Paso County Tax Assessor/Collector
P.O. Box 2992
El Paso, TX 79999


EL PASO ELECTRIC COMPANY
P.O. BOX 650801
DALLAS, TX 75265-0801


EL PASO WATER SERVICES
P.O.  BOX 511
EL PASO, TX 79961-0001

EL TERRIBLE BOOTS, LLC.
901 HORIZON BLVD STE. C
SOCORRO, TX 79927


FERNANDO HERNANDEZ
1218 Lakewood,
CANUTILLO, TX 79835


FIRE TECHNOLOGIES INTERNATIONAL, INC.
P.O. BOX 221695
EL PASO, TX 79913


FLOWERS BAKING CO. OF EL PASO
PO BOX 842226
DALLAS, TX 75284


FRASE FOODS, INC
3805 FRUTAS AVE.
EL PASO, TX 79905


FRONTIER ENTERPRISES
P.O. BOX 17963,
EL PASO, TX 79907


FRONTIER FOODS & COLD STORAGE INC
1601 E 4TH AVE
EL PASO, TX 79901


FRONTIER FOODS MEAT MARKET, LLC
2904 ALAMEDA
EL PASO, TX 79905


GABRIELA VARGAS
3301 ALAMEDA AVE
EL PASO, TX 79905

GARCIA FOODS EQUIPMENT
1630 MYRTLE AVE
EL PASO, TX 79901


GARCIA'S PRODUCE/MIRIAM GARCIA
1801 MILLS,
EL PASO, TX 79901


GECU
P.O. Box 20998
El Paso, TX  79936


GH DAIRY
9747 PAN AMERICAN DR
EL PASO, TX 79927


HARVEST MEAT COMPANY INC
1022 BAY MARINA DR #106
NATIONAL CITY, CA 91950


HECHO EN MEXICO, INC.
3945 DONIPHAN PARK CIRCLE
Suite ""C""
EL PASO, TX 79922


INTERCARNES TEXAS CORP.
9555 PLAZA CIRCLE STE.A
EL PASO, TX 79927


INTERLEASE
PO BOX 1536
SANTA TERESA, NM 88008


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA  19114


ISABEL CHACON
13899 HORIZON BLVD. STE. #1
HORIZON, TX 79928


ISABELLA FOODS INC
1133 BARRANCA DR.
EL PASO, TX 79935


JCE II, LLC
P.O. BOX 960069
EL PASO, TX 79996


JOSE CRUZ MURO/PRODUCTOS SAN JOSE
3315 CORN WALL
EL PASO, TX 79925


JOSE JESUS FELIX/FELIX PRODUCE
10142 NORTH LOOP
EL PASO, TX 79927


KALIL BOTTLING CO
P O BOX 26888
TUCSON, AZ 85726-6888


KARE DISTRIBUTION, INC.
1250 BROADWAY 30TH FLOOR
NEW YORK, NY 10001


LG FOODS, LLC
180 S. DARRINGTON
EL PASO, TX 79928

```
LOCO NOVELITIES, INC.
1111 BARRANCA DR, SUITE 300
EL PASO, TX 79935


MALGO ENTERPRISES
11410 CEDAR OAK
EL PASO, TX 79936


MARQUEZ DISTRIBUTING
6986 ALAMEDA AVE. SPACE C
EL PASO, TX 79915


MARTINEZ BRAND CRACKLINGS, LLC
515 S. MESA
EL PASO, TX 79901


MATAS PRODUCE INC
801 E SEVENTH AVE
EL PASO, TX 79901


MERCADO LATINO, .INC
245 BALDWIN PARK BLVD
INDUSTRY, CA 91746


MIMCO
6500 Montana Ave.
El Paso, TX  79925


MIMCO, INC
6500 MONTANA AVE
EL PASO, TX 79925


MISSION FOODS
P O BOX 843789
DALLAS, TX 75284-3789
```

MRS.BAIRDS BUSINESS TRUST
P O BOX 846243
DALLAS, TX 75284


MUZAK OF EL PASO
PO BOX 1998
SAN ANTONIO, TX 78297-1998


NOA NOA CAFE, INC.
3010 PERSHING DR
EL PASO, TX 79903


OABG ENTERPRISES INC.
5111 FAIRBANKS,
EL PASO, TX 79924


OABG Enterprises, Inc.
11410 Cedar Oak Dr.
El Paso, TX  79936


OCHOA ENTERPRISES INC
840 HAWKINS BLVD STE C3
EL PASO, TX 79915


OJRA ENTERPRISES, INC.
4818 MONTATAN AVE
EL PASO, TX 79903


OJRA Enterprises, Inc.
11410 Cedar Oak Dr.
El Paso, TX  79936


OK PUMP
363 HORIZON
EL PASO, TX 79927

OLIVA & SONS, INC.
14808 TREND DR.
FARMERS BRANCH, TX 75234


Oscar & Martha Gonzalez
7100 Date Tree Lane
El Paso, TX  79915


OSLG  ENTERPRISES, INC.
7110 ALAMEDA AVE
EL PASO, TX 79915


OSLG Enterprises, Inc.
11410 Cedar Oak Dr.
El Paso, TX  79936


PACHECO'S CANDIES
767 INDIAN RUIN
CHAPARRAL, NM 88081


PANDAS DISTRIBUTING, LLC
3601 FRUTAS AVE
EL PASO, TX 79905


PASO DEL NORTE PUBLISHING, INC /EL DIARI
1801 TEXAS AVE.,
EL PASO, TX 79901


PEREZIDENT PEPPERS
125 N STEVENS
EL PASO, TX 79905


POBLANA BAKERY
603 GILES RD
EL PASO, TX 79915

PRICES
LOCK BOX 730771
DALLAS, TX 75373-0771


PRODUCTOS REAL
1100 PENDALE
EL PASO, TX 79907


QUALITY FRUIT AND VEG. COM.
10 ZANE GREY
EL PASO, TX 79906


REDDY ICE INC
PO BOX 730505
DALLAS, TX 75373-0505


RIVERWALK MARKETING LLC
10950 PELICANO DRIVE
BLDG. -C STE. C-1
EL PASO, TX 79935


SABROSO FOODS
5140 FAIRBANKS
EL PASO, TX 79924


SALSA HERNANDEZ
3005 PERSHING DR.
EL PASO, TX 79903


SANTOS COMMUNICATIONS, LLC
3125 E. McDOWELL RD.
EL PASO, AZ 75008


SOPHISTIGIFTS C/O DANIEL LUNA
4106 LEEDS AVE
EL PASO, TX 79903

TEX-TEL PREPAID COMMUNICATIONS, INC.
20540 HWY 46 WEST, STE #115
SPRING BRANCH, TX 78070


TEXAS GAS SERVICE
P. O. BOX 219913
KANSAS CITY, MO 64121-9913


TEXAS NEW MEXICO NEWSPAPER PARTNERSHIP /
P O BOX 65220
COLORADO SPRINGS, CO 80962


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778


THE AUTHENTIC NEW MEXICAN INC.
540 SILVER CREEK RD. NW STE. A-2
ALBUQUERQUE, NM 87121


TORTILLERIA LA PRIMERA
PO BOX 2890, 326 FIRST ST
SUNLAND PARK, NM 88063


TORTILLERIA ZACATECAS
11836 GLORIETA
SAN ELIZARIO, TX 79849


TRI-STAR DISTRIBUTING
1477 LOMALAND DR. STE D-10
EL PASO, TX 79935


United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

United States Trustee
P.O. Box 1539
San Antonio, TX 78295


VARELA'S FOOD PRODUCTS
6996 INDUSTRIAL AVENUE
EL PASO, TX 79915


VICTOR PRODUCE
3701 ALAMEDA
EL PASO, TX 79905-2506


VILLALOBOS PEST CONTROL, INC.
1667 ROBERT WYNN
EL PASO, TX 79936


Wells Fargo
PO Box 54349
Los Angeles, CA  90054