B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE: JR PRODUCE, INC.

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| QUALITY FRUIT AND VEG. COM. 10 ZANE GREY EL PASO, TX 79906 | | Other | | $46,621.11 |
| Comptroller Public Account P.O. Box 149348 Austin, TX 78714-9348 | | Taxes | | $26,633.01 |
| MIMCO, INC 6500 MONTANA AVE EL PASO, TX 79925 | | Lease Agreement | | $11,825.00 |
| FRONTIER FOODS & COLD STORAGE INC 1601 E 4TH AVE EL PASO, TX 79901 | | Other | | $8,037.56 |
| BANANAS & TROPICAL FRUITS INC. 3618 FRUTAS AVE EL PASO, TX 79905 | | Other | | $7,893.00 |
| EL PASO ELECTRIC COMPANY P.O. BOX 650801 DALLAS, TX 75265-0801 | | Other | | $6,890.11 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: JR PRODUCE, INC.                                Case No.

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HARVEST MEAT COMPANY INC<br>1022 BAY MARINA DR #106<br>NATIONAL CITY, CA 91950 | | Other | | $6,131.33 |
| FRASE FOODS, INC<br>3805 FRUTAS AVE.<br>EL PASO, TX 79905 | | Other | | $5,656.11 |
| AMIGOS MEAT DISTRIBUTORS<br>2423 E. University Dr.<br>Phoenix, AZ 85034 | | Other | | $5,575.05 |
| CARGILL FOOD DISTRUBUTION<br>PO BOX 200050<br>SAN ANTONIO, TX 78220 | | Other | | $5,431.06 |
| CLIFFORD, ROSS,<br>RAUDENBUSH & COOPER CPAS<br>1790 LEE TREVINO<br>Suite 400<br>EL PASO, TX 79936 | | Other | | $4,750.00 |
| El Paso County Tax<br>Assessor/Collector<br>P.O. Box 2992<br>El Paso, TX 79999 | | Taxes | | $4,381.80 |
| DEES FOODSERVICE EL PASO LLC<br>P.O. BOX 26249<br>EL PASO, TX 79907 | | Other | | $4,134.74 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: JR PRODUCE, INC.　　　　　　　　　　　　　　　　Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MATAS PRODUCE INC<br>801 E SEVENTH AVE<br>EL PASO, TX 79901 | | Other | | $3,686.25 |
| PRICES<br>LOCK BOX 730771<br>DALLAS, TX 75373-0771 | | Other | | $3,670.89 |
| JOSE JESUS FELIX/FELIX PRODUCE<br>10142 NORTH LOOP<br>EL PASO, TX 79927 | | Other | | $3,298.15 |
| CEBALLOS HONEY<br>P O BOX 1224<br>1118 E MAIN ST<br>FABENS, TX 79838 | | Other | | $2,442.00 |
| ECONOMY CASH & CARRY<br>PO BOX 1736<br>EL PASO, TX 79949-1736 | | Other | | $2,270.63 |
| ALTO VALLE FOODS, INC<br>301 RAYNOLDS SUITE A<br>EL PASO, TX 79905 | | Other | | $2,037.80 |
| PRODUCTOS REAL<br>1100 PENDALE<br>EL PASO, TX 79907 | | Other | | $1,595.40 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:   JR PRODUCE, INC.                                             Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **12/1/2014**              Signature:  **/s/ Oscar Gonzalez**
                                            *Oscar Gonzalez*
                                            **President**