B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re  **JR PRODUCE, INC.**

Case No.

Chapter  **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,150,000.00 | | |
| B - Personal Property | Yes | 4 | $19,000.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $731,180.66 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $4,381.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $179,947.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 27 | $1,169,000.00 | $915,509.56 | |

B6A (Official Form 6A) (12/07)

In re  **JR PRODUCE, INC.**                                        Case No. _____
                                                                        (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Warehouse<br>11410 Cedar Oak Dr.<br>El Paso, TX  79936 | OWNER | | $515,000.00 | $248,000.00 |
| Vacant Land<br>79 TSP 3 Sec. 17 T&P 215461<br>El Paso, TX  79938<br>(off of Joe Battle) | OWNER | | $635,000.00 | $412,000.00 |
| | | Total: | $1,150,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **JR PRODUCE, INC.**                                      Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct Compass Bank *******482 | | $0.00 |
| | | Checking Wells Fargo *****515 | | $0.00 |
| | | Checking GECU ****876 | | $0.00 |
| | | Savings GECU ****217 | | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JR PRODUCE, INC.**                                   Case No. _____

                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JR PRODUCE, INC.**                                      Case No. _____
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JR PRODUCE, INC.**                    Case No. _____
                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Delivery Truck 2007 INC 4300 | $6,000.00 |
| | | 1999 Fork Pick-up | $1,500.00 |
| | | 2008 Ford Ranger | $6,500.00 |
| | | Delivery Truck 2006 INC 4300 | $5,000.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | SEE ATTACHED | $0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | SEE ATTACHED | $0.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____3_____ continuation sheets attached     **Total >**     $19,000.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

# LOCATION    W A R E H O U S E .

**J R  PRODUCE INC.  STORE EQUIPMENT**

**Vitrinas Panaderia:/BAKERY DISPLAYS**

| | | |
|---|---|---|
| 01 | De  5 x 2.8 x 6.9  Ft.  3 DOOR DISPLAY CASES | $500.00 |
| 01 | De  5 x 2.6 x 5.10 Ft.  2 DOOR DISPLAY CASE | $500.00 |

**Sierra Electrica :MEAT SAWS AND SLICERS**

| | | |
|---|---|---|
| a) | : BIRO/ MOD. 3334/ # serie  42693. | $1,500.00 |
| B) | ;BERKEL/ Mod.629 A/ #serie 22670. | $500.00 |
| c) | Mca: HOBART. | $500.00 |

**ICE MAKER:**

a)   Mca; HOSHIZAKI,  mod; KM-1300SRH,  #serie; R04656A          $ 3,500.00

**ROSTIZADOR POLLOS./CHICKEN ROASTER**                    $1,000.00

a)   Mca. GILES ENTERPRISES,   mod: CR-5 / # serie: L1-08059706/ Capacidad 10 pzas.

**FREIDORAS:/FRYERS**

a)   3- PITCO FRIALTOR,   gas natural.                    $300.00

**PLANCHA:/ GRIDDLE**

a)   DCS ( Dynamic Cooking Systems ), 36 in.  gas natural.          $250.00

**BATIDORA INDUSTRIAL:/ DOUG MIXER**

| | | |
|---|---|---|
| a) | CORN FLOUR MIXER mca: LENIN, electric ,capacidad 50 kgs. | $500.00 |
| b) | CORN FLOUR MIXER, electrica. | $400.00 |

**VARIOS:**

| | | |
|---|---|---|
| a) | PLASTIC film WRAPPER,  ELECTRIC. | $50.00 |
| b) | 02  FOOD WARMERS, 04 WELLS. ELECTRIC | $100.00  EACH |



# W A R E H O U S E  .

### J R  PRODUCE INC. EQUPIMENT

**BASCULAS; /SCALES**

a) 4  CAS,  mod; CL5000-R / # serie; CL 11005178/  60 lbs.          $750.00  EACH
b) mca;YAMATO;  mod; CO85663  / 100 lbs.          $75.00
c)  mca;ULINE/ mod; 10100/  100 lbs.          $75.00
d) mca;ULINE/  mod;870 /  70 lbs.          $50.00
e)  mca;YAMATO;  mod; CO180865/  10 lbs.          $75.00
f)  mca;CHATILLON / mod; 027/A /  10 lbs.          $50.00
g)  mca; DETECTO / mod; MCS40DF / 20 lbs.          $50.00
h)  Digital  mca;  TEC ; mod;  SL-9000  / 30 lbs.          $50.00

**MESAS DE TRABAJO DE ACERO INOXIDABLE;/ SS WORK TABLES**
     **\* Medidas\***
a)  5 x 2.5 x  2.10          $100.00
b) 2.6 x 2  x 2.10          $50.00
c)  4  x 2.6 x  2.10          $75.00
d) 3 x 2.5  x  3          $50.00
e) 2.6  x 2.6  x2.10          $50.00
f) 5  x 2.6  x 2.10          $100.00
g) 10  x  2  x 2.9          $100.00
h) 3  x  2  x 3          $50.00

# LACATION  WAREHOUSE.

**J R  PRODUCE INC. STORE EQUIPMENT**

**Estufas:/RANGE**

a) 1 06 BURNER, gas natural.                                $250.00
b) 2 DOUBLE STOCK POT BURNERS  gas natural.         $75.00  EACH


**CORN TORTILLA MAKER: TECNOMAIZ.**                $4,500.00



**CASH SAFE  SAFEGUARD**                            $50.00

**ATM   ;   mca: TRITON.**                          $50.00

**15 WOOD PRODUCE TABLES.**                        $100.00  EACH

**03 - 03 COMPARTMENT SINKS**                      $500.00  EACH

**04   PRODUCE CARTS**

**02   TWO WHEEL DOLLIES .**                        $25.00  EACH

**COMPUTADORAS OFICINA:/OFFICE COMPUTERS**
2 PCs/ 2 MONITORS    $50.00 EACH
a) Mca  DELL  # serie  HVQ5071    c/ monitor  mca; DELL  de 18"  # serie ;  NS2010LD08908
b) Mca  DELL  # serie  BZTWQCl    c/monitor  mca; DELL  de 18"  # serie ;  01300M-72915573

**IMPRESORAS:/ PRINTERS**

a) HP  LASER JET .  Mod; P2035n,  # serie: CNB9F10286           $75.00
b) HP  LASER JET .  Mod;P2015      # serie; CNBR1R65694          $75.00

**BACK-UPS, BATTERY:**

a) mca:  APC , mod; XS1300 , # serie  3B1003X11510              $25.00
b) mca;  APC, mod; XS1300 , # serie  3B1003X11509              $25.00

# W A R E H O U S E .

## J R  PRODUCE INC.  EQUIPMENT

**SISTEMA DE SEGURIDAD Y VIGILANCIA:/ SECURITY CAMERAS**
(  SAFETY  SECURITY  SYSTEMS  )  2962

a) Control AUDIO-  CE   # serie  DVRL160SV                    $150.00
b) Control Camaras-= NETGEAR # serie  1XR1985700CC9          $150.00

MONITORES   LCD  20''

a)  ACER , mod; X203H  ; # serie; 94501909243               $50.00
b)  ACER , mod; X203H ; # serie; 00210836440                $50.00
c)  DYNEX,              ;#serie ; 270158J11                 $50.00
d)  ^OL   ; mod; 200LM00011                                 $50.00

 24  VIDEO CAMERAS                                          $25.00  EACH
2 POWER SUPPLIES FOR CAMERAS                                $50.00  EACH

# SISTEMA DE REGISTRO:/CASH REGISTERS SYS
**(Para 04 cajas:   bascula-teclado-impresora-cerebro-cajon)**
**$10.000.00 THE WHOLE SYSTEM**

| Impresora:/PRINTERS | 04- Bascula:/SCALES  Laser Scanning: |
|---|---|
| a)  EPSON  ; # serie;  EY3G026436 | a) 4 SCALE/SCANNER MAGELLAN  8200 |
| b) EPSON  ; # serie:  EY3G018681 | |
| c)  EPSON  : # serie:  BMSK002483 | |
| d) EPSON  ;  # serie;  EBAG000916 | |

| Cerebro:/PCs | Cajones:/CASH DRAWERS |
|---|---|
| a) mca; FUJITSU ;  mod; 2000  # serie; U127213 | a)  Mod; 9535; # serie; 2051985 |
| b)      idem          idem         # serie; U127158 | b)  Mod; 9535; # serie; 2053380 |
| c)      idem          idem         #serie;  U127201 | c)   Mod; 9535; # serie; 1737858 |
| d)      idem          idem         #serie;  U177591 | d)  Mod;  9535; # serie; 1737919 |

B6C (Official Form 6C) (4/13)

In re  **JR PRODUCE, INC.**                                    Case No. _____
                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **JR PRODUCE, INC.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx8446<br><br>GECU<br>P.O. Box 20998<br>El Paso, TX  79936 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**Land parcel**<br>REMARKS:<br><br>VALUE: **$248,000.00** | | | | **$248,000.00** | |
| ACCT #: xxxx8445<br><br>GECU<br>P.O. Box 20998<br>El Paso, TX  79936 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**Land parcel**<br>REMARKS:<br><br>VALUE: **$412,000.00** | | | | **$412,000.00** | |
| ACCT #: xxxx8444<br><br>GECU<br>P.O. Box 20998<br>El Paso, TX  79936 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br>**Delivery Truck**<br>REMARKS:<br><br>VALUE: **$10,545.65** | | | | **$10,545.65** | |
| ACCT #: ***********0471<br><br>Wells Fargo<br>PO Box 54349<br>Los Angeles, CA  90054 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loans**<br>COLLATERAL:<br><br>REMARKS:<br>**Line of Credit**<br><br>VALUE: **$60,635.01** | | | | **$60,635.01** | |
| | | Subtotal (Total of this Page) > | | | | **$731,180.66** | **$0.00** |
| | | Total (Use only on last page) > | | | | **$731,180.66** | **$0.00** |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

___No___ continuation sheets attached

B6E (Official Form 6E) (04/13)

In re **JR PRODUCE, INC.**                                                        Case No. _____
                                                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **JR PRODUCE, INC.**

Case No. _____
                           (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Comptroller Public Account**<br>P.O. Box 149348<br>Austin, TX 78714-9348 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $26,633.01 | $26,633.01 | $0.00 |
| ACCT #:<br>**El Paso County Tax Assessor/Collector**<br>P.O. Box 2992<br>El Paso, TX 79999 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $4,381.80 | $4,381.80 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $31,014.81 | $31,014.81 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $31,014.81 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $31,014.81 | $0.00 |

B6F (Official Form 6F) (12/07)

In re    **JR PRODUCE, INC.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**3 KINGS DISTRIBUTING/DAVID CHAVEZ**<br>**2921 BERT YANCEY,**<br>**EL PASO, TX 79936** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $30.84 |
| ACCT #:<br>**ALTO VALLE FOODS, INC**<br>**301 RAYNOLDS SUITE A**<br>**EL PASO, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $2,037.80 |
| ACCT #:<br>**AMIGOS MEAT DISTRIBUTORS**<br>**2423 E. University Dr.**<br>**Phoenix, AZ 85034** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $5,575.05 |
| ACCT #:<br>**ARSA DISTRIBUTING, INC**<br>**500 W. OVERLAND # 250-N**<br>**EL PASO, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $120.40 |
| ACCT #:<br>**AVANCE FOODS INC**<br>**306 E PAISANO DR**<br>**EL PASO, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $62.10 |
| ACCT #:<br>**BANANAS & TROPICAL FRUITS INC.**<br>**3618 FRUTAS AVE**<br>**EL PASO, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $7,893.00 |
| | | | | | Subtotal > | $15,719.19 |

_____15_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JR PRODUCE, INC.**                                  Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BLUE BELL CREAMERIES, L.P.**<br>PO BOX 973601<br>DALLAS, TX 75397-3601 | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $129.00 |
| ACCT #:<br>**CAPROCK CLAIMS MANAGEMENT, LLC**<br>PO BOX 743427<br>DALLAS, TX 75374-3427 | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $207.50 |
| ACCT #:<br>**CARGILL FOOD DISTRUBUTION**<br>PO BOX 200050<br>SAN ANTONIO, TX 78220 | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $5,431.06 |
| ACCT #:<br>**CEBALLOS HONEY**<br>P O BOX 1224<br>1118 E MAIN ST<br>FABENS, TX 79838 | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $2,442.00 |
| ACCT #:<br>**CELIA RIOS/CAKELAND SWEET FLAVORS**<br>3116 WYOMING<br>EL PASO, TX 79903 | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $106.00 |
| ACCT #:<br>**City of El Paso**<br>P.O. Box 2992<br>El Paso, TX 79999-2992 | | DATE INCURRED:<br>CONSIDERATION:<br>Taxes<br>REMARKS: | | | | $0.00 |

Sheet no. ___1___ of ___15___ continuation sheets attached to                    Subtotal >    $8,315.56
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                              (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JR PRODUCE, INC.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CLIFFORD, ROSS, RAUDENBUSH & COOPER**<br>**1790 LEE TREVINO**<br>**Suite 400**<br>**EL PASO, TX 79936** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $4,750.00 |
| ACCT #:<br>**COZZINI BROS., INC.**<br>**350 HOWARD AVENUE**<br>**DES PLAINES, IL 60018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $490.39 |
| ACCT #:<br>**David Aelvoet**<br>**Linebarger, Goggan, Blair**<br>**711 Navarro, Suite 300**<br>**San Antonio, TX 78205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**DEES FOODSERVICE EL PASO LLC**<br>**P.O. BOX 26249**<br>**EL PASO, TX 79907** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $4,134.74 |
| ACCT #:<br>**DOÑA ANA EMPANADAS**<br>**5721 WEST VALLEY CIRCLE,**<br>**EL PASO, TX 79932** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $63.20 |
| ACCT #:<br>**DS WATERS OF AMERICA, INC.**<br>**P O BOX 403628**<br>**ATLANTA, GA 30384** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $736.14 |

Sheet no. ___2___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $10,174.47

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **JR PRODUCE, INC.**

Case No. _____
                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**DUST TEX RENTAL**<br>**2630 E. YANDELL**<br>**EL PASO, TX 79903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $1,199.49 |
| ACCT #:<br>**ECONOMY CASH & CARRY**<br>**PO BOX 1736**<br>**EL PASO, TX 79949-1736** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $2,270.63 |
| ACCT #:<br>**EL FENIX BAKERY**<br>**8438 ALAMEDA AVE**<br>**EL PASO, TX 79907** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $618.80 |
| ACCT #:<br>**EL PASO BOLT & SCREW CO. INC.**<br>**7058 ALAMEDA AVE**<br>**EL PASO, TX 79915** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $35.72 |
| ACCT #:<br>El Paso Central Appraisal District<br>5801 Trowbridge<br>El Paso, TX 79925 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**EL PASO ELECTRIC COMPANY**<br>**P.O. BOX 650801**<br>**DALLAS, TX 75265-0801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS:<br>**3 seperate accounts**<br>**584631**** -- $2,771.36**<br>**684631**** -- $3,368.75** | | | | $6,890.11 |

Sheet no. ___3___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $11,014.75

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **JR PRODUCE, INC.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| | | 884631**** -- $750.00 | | | | |
| ACCT #:<br>**EL PASO WATER SERVICES**<br>P.O.  BOX 511<br>EL PASO, TX 79961-0001 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS:<br>**Two seperate accounts**<br>**20-****.301 -- $55.04**<br>**20-****.302 -- $4.18** | | | | $59.22 |
| ACCT #:<br>**EL TERRIBLE BOOTS, LLC.**<br>901 HORIZON BLVD STE. C<br>SOCORRO, TX 79927 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $313.30 |
| ACCT #:<br>**FERNANDO HERNANDEZ**<br>1218 Lakewood,<br>CANUTILLO, TX 79835 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $180.34 |
| ACCT #:<br>**FIRE TECHNOLOGIES INTERNATIONAL, INC.**<br>P.O. BOX 221695<br>EL PASO, TX 79913 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $364.96 |
| ACCT #:<br>**FLOWERS BAKING CO. OF EL PASO**<br>PO BOX 842226<br>DALLAS, TX 75284 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $131.53 |

Sheet no. ___4___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $1,049.35

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JR PRODUCE, INC.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**FRASE FOODS, INC**<br>**3805 FRUTAS AVE.**<br>**EL PASO, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $5,656.11 |
| ACCT #:<br>**FRONTIER ENTERPRISES**<br>**P.O. BOX 17963,**<br>**EL PASO, TX 79907** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $209.82 |
| ACCT #:<br>**FRONTIER FOODS & COLD STORAGE INC**<br>**1601 E 4TH AVE**<br>**EL PASO, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $8,037.56 |
| ACCT #:<br>**FRONTIER FOODS MEAT MARKET, LLC**<br>**2904 ALAMEDA**<br>**EL PASO, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $375.50 |
| ACCT #:<br>**GABRIELA VARGAS**<br>**3301 ALAMEDA AVE**<br>**EL PASO, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $712.00 |
| ACCT #:<br>**GARCIA FOODS EQUIPMENT**<br>**1630 MYRTLE AVE**<br>**EL PASO, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $244.10 |

Sheet no. ___5___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $15,235.09

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **JR PRODUCE, INC.**                                    Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**GARCIA'S PRODUCE/MIRIAM GARCIA**<br>**1801 MILLS,**<br>**EL PASO, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $1,010.40 |
| ACCT #:<br>**GH DAIRY**<br>**9747 PAN AMERICAN DR**<br>**EL PASO, TX 79927** | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $538.95 |
| ACCT #:<br>**HARVEST MEAT COMPANY INC**<br>**1022 BAY MARINA DR #106**<br>**NATIONAL CITY, CA 91950** | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $6,131.33 |
| ACCT #:<br>**HECHO EN MEXICO, INC.**<br>**3945 DONIPHAN PARK CIRCLE**<br>**Suite ""C""**<br>**EL PASO, TX 79922** | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $343.28 |
| ACCT #:<br>**INTERCARNES TEXAS CORP.**<br>**9555 PLAZA CIRCLE STE.A**<br>**EL PASO, TX 79927** | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $602.19 |
| ACCT #:<br>**INTERLEASE**<br>**PO BOX 1536**<br>**SANTA TERESA, NM 88008** | | DATE INCURRED:<br>CONSIDERATION:<br>Other<br>REMARKS: | | | | $43.76 |

Sheet no. ____6____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $8,669.91

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JR PRODUCE, INC.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>P. O. Box 7346<br>Philadelphia, PA  19101-7346 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**ISABEL CHACON**<br>13899 HORIZON BLVD. STE. #1<br>HORIZON, TX 79928 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $28.80 |
| ACCT #:<br>**ISABELLA FOODS INC**<br>1133 BARRANCA DR.<br>EL PASO, TX 79935 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $16.90 |
| ACCT #:<br>**JCE II, LLC**<br>P.O. BOX 960069<br>EL PASO, TX 79996 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $609.50 |
| ACCT #:<br>**JOSE CRUZ MURO/PRODUCTOS SAN JOSE**<br>3315 CORN WALL<br>EL PASO, TX 79925 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $60.00 |
| ACCT #:<br>**JOSE JESUS FELIX/FELIX PRODUCE**<br>10142 NORTH LOOP<br>EL PASO, TX 79927 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $3,298.15 |

Sheet no. ___7___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $4,013.35

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **JR PRODUCE, INC.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**KALIL BOTTLING CO**<br>**P O BOX 26888**<br>**TUCSON, AZ 85726-6888** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $267.69 |
| ACCT #:<br>**KARE DISTRIBUTION, INC.**<br>**1250 BROADWAY 30TH FLOOR**<br>**NEW YORK, NY 10001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $179.00 |
| ACCT #:<br>**LG FOODS, LLC**<br>**180 S. DARRINGTON**<br>**EL PASO, TX 79928** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $202.48 |
| ACCT #:<br>**LOCO NOVELITIES, INC.**<br>**1111 BARRANCA DR, SUITE 300**<br>**EL PASO, TX 79935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**MALGO ENTERPRISES**<br>**11410 CEDAR OAK**<br>**EL PASO, TX 79936** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**MARQUEZ DISTRIBUTING**<br>**6986 ALAMEDA AVE. SPACE C**<br>**EL PASO, TX 79915** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $353.86 |

Sheet no. ___8___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $1,003.03

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **JR PRODUCE, INC.**

Case No. _____
  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MARTINEZ BRAND CRACKLINGS, LLC**<br>**515 S. MESA**<br>**EL PASO, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $71.78 |
| ACCT #:<br>**MATAS PRODUCE INC**<br>**801 E SEVENTH AVE**<br>**EL PASO, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $3,686.25 |
| ACCT #:<br>**MERCADO LATINO, .INC**<br>**245 BALDWIN PARK BLVD**<br>**INDUSTRY, CA 91746** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $679.00 |
| ACCT #:<br>**MIMCO, INC**<br>**6500 MONTANA AVE**<br>**EL PASO, TX 79925** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease Agreement**<br>REMARKS: | | | | $11,825.00 |
| ACCT #:<br>**MISSION FOODS**<br>**P O BOX 843789**<br>**DALLAS, TX 75284-3789** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $1,531.66 |
| ACCT #:<br>**MRS.BAIRDS BUSINESS TRUST**<br>**P O BOX 846243**<br>**DALLAS, TX 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $991.05 |

Sheet no. ___9___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $18,784.74

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **JR PRODUCE, INC.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MUZAK OF EL PASO**<br>PO BOX 1998<br>SAN ANTONIO, TX 78297-1998 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $257.66 |
| ACCT #:<br>**NOA NOA CAFE, INC.**<br>3010 PERSHING DR<br>EL PASO, TX 79903 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $33.28 |
| ACCT #:<br>**OABG ENTERPRISES INC.**<br>5111 FAIRBANKS,<br>EL PASO, TX 79924 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**OCHOA ENTERPRISES INC**<br>840 HAWKINS BLVD STE C3<br>EL PASO, TX 79915 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $144.57 |
| ACCT #:<br>**OJRA ENTERPRISES, INC.**<br>4818 MONTATAN AVE<br>EL PASO, TX 79903 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**OK PUMP**<br>363 HORIZON<br>EL PASO, TX 79927 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $190.52 |

Sheet no. ___10___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $626.03

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JR PRODUCE, INC.**                                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**OLIVA & SONS, INC.**<br>**14808 TREND DR.**<br>**FARMERS BRANCH, TX 75234** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $792.82 |
| ACCT #:<br>**OSLG ENTERPRISES, INC.**<br>**7110 ALAMEDA AVE**<br>**EL PASO, TX 79915** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**PACHECO'S CANDIES**<br>**767 INDIAN RUIN**<br>**CHAPARRAL, NM 88081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $140.40 |
| ACCT #:<br>**PANDAS DISTRIBUTING, LLC**<br>**3601 FRUTAS AVE**<br>**EL PASO, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $78.75 |
| ACCT #:<br>**PASO DEL NORTE PUBLISHING, INC /EL DIAR**<br>**1801 TEXAS AVE.,**<br>**EL PASO, TX 79901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $827.45 |
| ACCT #:<br>**PEREZIDENT PEPPERS**<br>**125 N STEVENS**<br>**EL PASO, TX 79905** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $310.00 |

Sheet no. ___11___ of ___15___ continuation sheets attached to                    Subtotal >                $2,149.42
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                           Total >
                              (Use only on last page of the completed Schedule F.)
                         (Report also on Summary of Schedules and, if applicable, on the
                            Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **JR PRODUCE, INC.**  Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**POBLANA BAKERY**<br>**603 GILES RD**<br>**EL PASO, TX 79915** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $184.60 |
| ACCT #:<br>**PRICES**<br>**LOCK BOX 730771**<br>**DALLAS, TX 75373-0771** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $3,670.89 |
| ACCT #:<br>**PRODUCTOS REAL**<br>**1100 PENDALE**<br>**EL PASO, TX 79907** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $1,595.40 |
| ACCT #:<br>**QUALITY FRUIT AND VEG. COM.**<br>**10 ZANE GREY**<br>**EL PASO, TX 79906** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $46,621.11 |
| ACCT #:<br>**REDDY ICE INC**<br>**PO BOX 730505**<br>**DALLAS, TX 75373-0505** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $300.00 |
| ACCT #:<br>**RIVERWALK MARKETING LLC**<br>**10950 PELICANO DRIVE**<br>**BLDG. -C STE. C-1**<br>**EL PASO, TX 79935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $170.36 |

Sheet no. ____12____ of ____15____ continuation sheets attached to          Subtotal >          $52,542.36

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JR PRODUCE, INC.**                                                  Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**SABROSO FOODS**<br>**5140 FAIRBANKS**<br>**EL PASO, TX 79924** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $60.60 |
| ACCT #:<br>**SALSA HERNANDEZ**<br>**3005 PERSHING DR.**<br>**EL PASO, TX 79903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $58.50 |
| ACCT #:<br>**SANTOS COMMUNICATIONS, LLC**<br>**3125 E. McDOWELL RD.**<br>**EL PASO, AZ 75008** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $429.50 |
| ACCT #:<br>**SOPHISTIGIFTS C/O DANIEL LUNA**<br>**4106 LEEDS AVE**<br>**EL PASO, TX 79903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $18.67 |
| ACCT #:<br>**TEX-TEL PREPAID COMMUNICATIONS, INC.**<br>**20540 HWY 46 WEST, STE #115**<br>**SPRING BRANCH, TX 78070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $360.00 |
| ACCT #:  xxxxxxxxx xxxxx88 45<br>**TEXAS GAS SERVICE**<br>**P. O. BOX 219913**<br>**KANSAS CITY, MO 64121-9913** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $239.74 |

Sheet no. ____13____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Subtotal >    | $1,167.01 |

                                                                          Total >
                                           (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **JR PRODUCE, INC.**

Case No. _____
                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**TEXAS NEW MEXICO NEWSPAPER PARTNER**<br>**P O BOX 65220**<br>**COLORADO SPRINGS, CO 80962** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $388.77 |
| ACCT #:<br>**Texas Workforce Commission**<br>**TEC Building - Bankruptcy**<br>**101 East 15th Street**<br>**Austin, TX 78778** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**THE AUTHENTIC NEW MEXICAN INC.**<br>**540 SILVER CREEK RD. NW STE. A-2**<br>**ALBUQUERQUE, NM 87121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $83.73 |
| ACCT #:<br>**TORTILLERIA LA PRIMERA**<br>**PO BOX 2890, 326 FIRST ST**<br>**SUNLAND PARK, NM 88063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $1,516.29 |
| ACCT #:<br>**TORTILLERIA ZACATECAS**<br>**11836 GLORIETA**<br>**SAN ELIZARIO, TX 79849** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $154.00 |
| ACCT #:<br>**TRI-STAR DISTRIBUTING**<br>**1477 LOMALAND DR. STE D-10**<br>**EL PASO, TX 79935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $171.88 |

Sheet no. ____14____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,314.67

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **JR PRODUCE, INC.**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**United States Attorney**<br>601 N.W. Loop 410, Suite 600<br>San Antonio, Texas 78216 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**United States Trustee**<br>P.O. Box 1539<br>San Antonio, TX 78295 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trustee**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**VARELA'S FOOD PRODUCTS**<br>6996 INDUSTRIAL AVENUE<br>EL PASO, TX 79915 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $31.15 |
| ACCT #:<br>**VICTOR PRODUCE**<br>3701 ALAMEDA<br>EL PASO, TX 79905-2506 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $274.50 |
| ACCT #:<br>**VILLALOBOS PEST CONTROL, INC.**<br>1667 ROBERT WYNN<br>EL PASO, TX 79936 | | DATE INCURRED:<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | $229.51 |
| | | | | | | |

Sheet no. ___15___ of ___15___ continuation sheets attached to                          Subtotal >          $535.16

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >          $153,314.09

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **JR PRODUCE, INC.**

Case No. _____
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **MIMCO**<br>6500 Montana Ave.<br>El Paso, TX  79925 | Commerical property lease<br>(TERM OF LEASE HAS EXPIRED)<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **JR PRODUCE, INC.**

Case No. _____
(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **OABG Enterprises, Inc.**<br>11410 Cedar Oak Dr.<br>El Paso, TX  79936 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |
| **OABG Enterprises, Inc.**<br>11410 Cedar Oak Dr.<br>El Paso, TX  79936 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |
| **OJRA Enterprises, Inc.**<br>11410 Cedar Oak Dr.<br>El Paso, TX  79936 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |
| **OJRA Enterprises, Inc.**<br>11410 Cedar Oak Dr.<br>El Paso, TX  79936 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |
| **Oscar & Martha Gonzalez**<br>7100 Date Tree Lane<br>El Paso, TX  79915 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |
| **Oscar & Martha Gonzalez**<br>7100 Date Tree Lane<br>El Paso, TX  79915 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |
| **Oscar & Martha Gonzalez**<br>7100 Date Tree Lane<br>El Paso, TX  79915 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **JR PRODUCE, INC.**

Case No. _____

(if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **OSLG Enterprises, Inc.**<br>11410 Cedar Oak Dr.<br>El Paso, TX  79936 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |
| **OSLG Enterprises, Inc.**<br>11410 Cedar Oak Dr.<br>El Paso, TX  79936 | **GECU**<br>P.O. Box 20998<br>El Paso, TX  79936 |

12/01/2014 02:15:37pm

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **JR PRODUCE, INC.**                                                        Case No. _____

                                                                                               (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

  I, the _____ **President** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **29** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **12/1/2014** _____             Signature __ **/s/ Oscar Gonzalez** _____

                                                                                **Oscar Gonzalez**
                                                                                **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*