**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re: JR PRODUCE, INC.                                  Case No. _____
                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,953,048.00 | 2012 Gross Income |
| $2,381,320.00 | 2013 Gross Income |
| $1,277,066.09 | 2014 (YTD) Gross Income |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHED | | | |

None ☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re: JR PRODUCE, INC.                    Case No. _____
                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| SEE ATTACHED | | | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James & Haugland, P.C. 609 Montana Ave. El Paso, TX 79902 | November 2014 | $8,000.00 |

14-31947-hcm Doc#1-5 Filed 12/01/14 Entered 12/01/14 15:49:14 Statement of Financial Affairs Pg 3 of 17        12/01/2014 02:15:38pm

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: JR PRODUCE, INC.                             Case No. _____
                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | |
|---|---:|
| Hector Baltran<br>619 Arizona<br>El Paso, TX 79902 | $1,512.50 |
| Carlos Miranda<br>The Las Firm of Carlos Miranda, III, PC<br>5915 Silver SPrings, Bldg. 32-4<br>El Paso, TX 79912 | $1,205.00 |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| SEE ATTACHED | | |

None ☑ b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑ If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re: JR PRODUCE, INC.

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In re: JR PRODUCE, INC.

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Clifford, Ross, Raudenbush & Cooper, LLC<br>1790 Lee Trevino, Suite 480<br>El Paso, TX 79936 | 2012 - present |

None ☐ b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Clifford, Ross, Raudenbush & Cooper, LLC<br>1790 Lee Trevino, Suite 480<br>El Paso, TX 79936 | 2013 |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Clifford, Ross, Raudenbush & Cooper, LLC | 1790 Lee Trevino, Suite 480<br>El Paso, TX 79936 |

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 6/30/2014 | SEE ATTACHED | |
| 12/30/13 | SEE ATTACHED | |

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re: JR PRODUCE, INC.                    Case No. _____
                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

### 25. Pension Funds

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  12/1/2014                         Signature  /s/ Oscar Gonzalez
                                                   **Oscar Gonzalez**
                                                   *President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

3.- PAYMENT TO CREDITORS             JR PRODUCE INC.
b.-

| DATE | AMOUNT | NAME | |
|---|---|---|---|
| 11/7/2014 | $ 104.67 | ALTO VALLE | LO PAGO OJRA |
| 11/14/2014 | $ 212.86 | ALTO VALLE | LO PAGO OJRA |
| 10/3/2014 | $ 250.00 | MATAS PRODUCE | LO PAGO OABG |
| 10/17/2014 | $ 250.00 | MATAS PRODUCE | LO PAGO OABG |
| 10/23/2014 | $ 250.00 | MATAS PRODUCE | LO PAGO OABG |
| 10/31/2014 | $ 250.00 | MATAS PRODUCE | LO PAGO OABG |
| 11/7/2014 | $ 250.00 | MATAS PRODUCE | LO PAGO OABG |
| 11/14/2014 | $ 250.00 | MATAS PRODUCE | LO PAGO OSLG |


EXHIBIT SOFA. 3b



11410 Cedar Oak, El Paso, Tx. 79936
Phone: (915)881-8668   Fax: (915)881-8674

November 26, 2014

To whom it may concern:

Anaseli Apodaca – Case No. 2012DCV02933          327th Judicial District Court

This is a law suit is regarding retaliation and hostile work environment. Mrs. Apodaca had an injury on the job, she took time off work due that injury and when she came back she states that we force her to work against her medical restrictions. She was terminated due to work misconduct (excessive tardiness) and not related to her injury like she states on the law suit. This law suit is not settled and is still pending.

Olivia Gamez – Case No. 2011DCV08900             34th Judicial District Court
        EEOC CHARGE No. 453-2011-01306

This is a law suit is regarding retaliation and hostile work environment. Mrs. Gamez was terminated by HR Decision after 3 warnings, as per company policy after 3 warnings is termination, But she states that retaliation began after company started asking her if she had played a part on another employees EEOC. This law suit is not settled and is still pending.

Miguel Ontiveros – EEOC CHARGE No. 453-2014-00240     No Case No. at this moment

Mr. Ontiveros filed a Charge for Retaliation and Religion. He was terminated when he admitted that he had preferential treatment to a certain group of employees and this created a hostile work environment, and also for mismanagement of his position as a Store Manager. The company owners follow the Catholic religion but this has nothing to do with their employees and on his charge he states that retaliation began when he refuse to participate on religious activities. This case is not settled and is still pending.

If you have any questions please feel free to contact our office at (915) 881-8668.

Sincerely
Blanca Hidalgo
Office Manager



EXHIBIT
S.O.F.A
4a

# JR WAREHOUSE.

*11410 CEDAR OAK.* *10/31/2014'*

EL PASO.   AT'N; VICTOR'S PRODUCE

03   BASACULAS Mca. DETECTOR,   $ 600.00
   CON CAPACIDAD DE 20 LBS . ( Completas: )

FECHA: 10-31-14
RECIBIO:  Sr. Victor  Firma:

EXHIBIT
S.O.F.A
10a

JR PRODUCE INC.
20.- INVENTORIES

AMERICAN INVENTORY SERVICE
RUDY GARCIA
344 VIVIAN DRIVE
EL PASO, TX. 79915

DATE OF INVENTORY
    6/30/2014      $  36,900.92
    12/30/2013    $  38,966.39



EXHIBIT
S.O.F.A.
20a

| DEPTS | BEER | DELI | CIGARETT | TORTILLERIA | GROCERY NONFOODS | FLORAL | MEATS/ COLDCUT | MEATS | WINE | PRODUCE | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AREAS | 1 | 2 | 3 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
| CHECKOUT | | | | | $ 1,775.93 | $ 327.74 | | | | | $ 2,103.67 |
| FRONTWALL | | | | $ 219.65 | $ 1,028.74 | $ 229.77 | | | | $ 977.48 | $ 2,455.64 |
| LEFT WALL | | | | | $ 51.98 | | | | | $ 1,693.01 | $ 1,744.99 |
| RIGHTWALL | | | | $ 69.81 | $ 3,197.53 | | $ 2,243.54 | | | $ 71.64 | $ 5,582.52 |
| REARWALL | | | | $ 542.45 | $ 2,775.97 | | | | | | $ 3,318.42 |
| BACKROOM | | | | | | | | | | $ 278.24 | $ 278.24 |
| COOLERDOOR | | | | | | | | | | | $ - |
| INSIDECOOLER | | | | $ 624.17 | $ 422.61 | | | | | $ 1,243.07 | $ 2,289.85 |
| FLOORDISPLAY | | | | | $ 554.88 | | | | | $ 2,817.27 | $ 3,372.15 |
| GONDOLA#1-A | | | | | $ 1,905.84 | | | | | | $ 1,905.84 |
| GONDOLA#1-B | | | | | $ 3,439.87 | | | | | $ 599.72 | $ 4,039.59 |
| GONDOLA#2-A | | | | | $ 3,325.72 | | | | | | $ 3,325.72 |
| GONDOLA#2-B | | | | | $ 2,348.91 | | | | | | $ 2,348.91 |
| GONDOLA#3-A | | | | | $ 2,825.80 | | | | | | $ 2,825.80 |
| GONDOLA#3-B | | | | | $ 3,375.05 | | | | | | $ 3,375.05 |
| STORAGE ROOM | | | | | | | | | | | $ - |
| FREEZER | | | | | | | | | | | $ - |
| PHONE CARDS | | | | | | | | | | | $ - |
| GONDOLA#5-B | | | | | | | | | | | $ - |
| GONDOLA#6-A | | | | | | | | | | | $ - |
| GONDOLA#6-B | | | | | | | | | | | $ - |
| DEPTS TOTALS | $ - | $ - | $ - | $ 1,456.08 | $ 27,028.83 | $ 557.51 | $ 2,243.54 | $ - | $ - | $ 7,680.43 | $ 38,966.39 |

Store  J&R PRODUCE #3- Zaragosa  
Date  12/30/2013

AMERICAN INVENTORY SERVICE AUDITORS  
Rudy Garcia  
344 Vivian Drive  (915)7791737  
El Paso, Texas  79915

$ 38,966.39

Receipt #  Paid in Full  $185.00  
35003

| DEPTS AREAS | BEER 1 | DELI 2 | CIGARETTE 3 | FROZEN 5 | GROCERY NONFOODS 6 | FLORAL 7 | MEATS/ COLDCUT 8 | MEATS 9 | WINE 10 | PRODUCE 11 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECKOUT | | | | | $ 2,156.15 | | | | | | $ 2,156.15 |
| FRONTWALL | | | | | $ 2,058.41 | | | | | $ 1,031.03 | $ 3,089.44 |
| LEFT WALL | | | | | | | | | | $ 1,718.41 | $ 1,718.41 |
| RIGHTWALL | | | | | $ 2,511.10 | | $ 1,824.99 | | | $ 59.70 | $ 4,395.79 |
| REARWALL | | | | | $ 3,062.56 | | | | | | $ 3,062.56 |
| BACKROOM | | | | | $ 207.57 | | | | | $ 331.90 | $ 539.47 |
| COOLERDOOR | | | | | | | | | | | $ - |
| INSIDECOOLER | | | | | $ 121.44 | | | | | | $ 121.44 |
| FLOORDISPLAY | | | | | $ 393.26 | | | | | $ 1,753.28 | $ 2,146.54 |
| GONDOLA#1-A | | | | | $ 1,815.39 | | | | | | $ 1,815.39 |
| GONDOLA#1-B | | | | | $ 3,442.32 | | | | | $ 1,418.91 | $ 4,861.23 |
| GONDOLA#2-A | | | | | $ 2,794.23 | | | | | | $ 2,794.23 |
| GONDOLA#2-B | | | | | $ 1,927.89 | | | | | | $ 1,927.89 |
| GONDOLA#3-A | | | | | $ 4,099.47 | | | | | | $ 4,099.47 |
| GONDOLA#3-B | | | | | $ 4,172.91 | | | | | | $ 4,172.91 |
| STORAGE ROOM | | | | | | | | | | | $ - |
| FREEZER | | | | | | | | | | | $ - |
| PHONE CARDS | | | | | | | | | | | $ - |
| GONDOLA#5-B | | | | | | | | | | | $ - |
| GONDOLA#6-A | | | | | | | | | | | $ - |
| GONDOLA#6-B | | | | | | | | | | | $ - |
| DEPTS TOTALS | $ - | $ - | $ - | $ - | $ 28,762.70 | $ - | $ 1,824.99 | $ - | $ - | $ 6,313.23 | $ 36,900.92 |

$ 36,900.92

Store J&R PRODUCE #3- Zaragosa  AMERICAN INVENTORY SERVICE AUDITORS
Date 6/30/2014  Rudy Garcia
344 Vivian Drive  (915)7791737   Paid in Ful  $175.00
El Paso, Texas  79915   Receipt #  36003

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

In re: CHAPTER 11 BLANK FORM

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

**23. Withdrawals from a partnership or distributions by a corporation**   N/A

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Unknown | Unknown | Unknown |

**24. Tax Consolidation Group**

None ☐ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

N/A

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| Unknown | Unknown |

**25. Pension Funds**   N/A

None ☒ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| Unknown | Unknown |

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____      Signature _____
of Debtor    *CHAPTER 11 BLANK FORM*

Date _____      Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

## LOCATION   WAREHOUSE .

### J R PRODUCE INC. STORE EQUIPMENT

**Vitrinas Panaderia:/BAKERY DISPLAYS**

| | | |
|---|---|---|
| 01 | De  5 x 2.8 x 6.9 Ft.  3 DOOR DISPLAY CASES | $500.00 |
| 01 | De  5 x 2.6 x 5.10 Ft.  2 DOOR DISPLAY CASE | $500.00 |

**Sierra Electrica :MEAT SAWS AND SLICERS**

| | | |
|---|---|---|
| a) | : BIRO/ MOD. 3334/ # serie  42693. | $1,500.00 |
| B) | ;BERKEL/ Mod.629 A/ #serie 22670. | $500.00 |
| c) | Mca: HOBART. | $500.00 |

**ICE MAKER:**

a)   Mca; HOSHIZAKI, mod; KM-1300SRH, #serie; R04656A       $ 3,500.00

**ROSTIZADOR POLLOS./CHICKEN ROASTER**                $1,000.00

a)   Mca. GILES ENTERPRISES,   mod: CR-5 / # serie: L1-08059706/ Capacidad 10 pzas.

**FREIDORAS:/FRYERS**

a)  3- PITCO FRIALTOR,  gas natural.                $300.00

**PLANCHA:/ GRIDDLE**

a)  DCS ( Dynamic Cooking Systems ), 36 In. gas natural.       $250.00

**BATIDORA INDUSTRIAL:/ DOUG MIXER**

| | |
|---|---|
| a) CORN FLOUR MIXER mca: LENIN, electric ,capacidad 50 kgs. | $500.00 |
| b) CORN FLOUR MIXER, electrica. | $400.00 |

**VARIOS:**

| | |
|---|---|
| a) PLASTIC film WRAPPER, ELECTRIC. | $50.00 |
| b) 02  FOOD WARMERS, 04 WELLS. ELECTRIC | $100.00   EACH |

# WAREHOUSE .

## J R PRODUCE INC. EQUPIMENT

**BASCULAS; /SCALES**

| | |
|---|---|
| a) 4 CAS, mod; CL5000-R / # serie; CL 11005178/ 60 lbs. | $750.00 EACH |
| b) mca;YAMATO; mod; CO85663 / 100 lbs. | $75.00 |
| c) mca;ULINE/ mod; 10100/ 100 lbs. | $75.00 |
| d) mca;ULINE/ mod;870 / 70 lbs. | $50.00 |
| e) mca;YAMATO; mod; CO180865/ 10 lbs. | $75.00 |
| f) mca;CHATILLON / mod; 027/A / 10 lbs. | $50.00 |
| g) mca; DETECTO / mod; MCS40DF / 20 lbs. | $50.00 |
| h) Digital mca; TEC ; mod; SL-9000 / 30 lbs. | $50.00 |

**MESAS DE TRABAJO DE ACERO INOXIDABLE;/ SS WORK TABLES**
   \* Medidas\*

| | |
|---|---|
| a) 5 x 2.5 x 2.10 | $100.00 |
| b) 2.6 x 2 x 2.10 | $50.00 |
| c) 4 x 2.6 x 2.10 | $75.00 |
| d) 3 x 2.5 x 3 | $50.00 |
| e) 2.6 x 2.6 x2.10 | $50.00 |
| f) 5 x 2.6 x 2.10 | $100.00 |
| g) 10 x 2 x 2.9 | $100.00 |
| h) 3 x 2 x 3 | $50.00 |

## LACATION WAREHOUSE.

### J R PRODUCE INC. STORE EQUIPMENT

**Estufas:/RANGE**

| | |
|---|---|
| a) 1 06 BURNER, gas natural. | $250.00 |
| b) 2 DOUBLE STOCK POT BURNERS gas natural. | $75.00 EACH |

**CORN TORTILLA MAKER: TECNOMAIZ.**     $4,500.00

**CASH SAFE SAFEGUARD**     $50.00

**ATM ; mca: TRITON.**     $50.00

**15 WOOD PRODUCE TABLES.**     $100.00 EACH

**03 - 03 COMPARTMENT SINKS**     $500.00 EACH

**04 PRODUCE CARTS**

**02 TWO WHEEL DOLLIES.**     $25.00 EACH

**COMPUTADORAS OFICINA:/OFFICE COMPUTERS**
2 PCs/ 2 MONITORS    $50.00 EACH
a) Mca DELL # serie HVQ5071    c/ monitor mca; DELL de 18"  # serie ; NS2010LD08908
b) Mca DELL # serie BZTWQCI    c/monitor mca; DELL de 18" # serie ; 01300M-72915573

**IMPRESORAS:/ PRINTERS**

| | |
|---|---|
| a) HP LASER JET . Mod; P2035n, # serie: CNB9F10286 | $75.00 |
| b) HP LASER JET . Mod;P2015    # serie; CNBR1R65694 | $75.00 |

**BACK-UPS, BATTERY:**

| | |
|---|---|
| a) mca: APC , mod; XS1300 , # serie 3B1003X11510 | $25.00 |
| b) mca; APC, mod; XS1300 , # serie 3B1003X11509 | $25.00 |

# WAREHOUSE.

## J R PRODUCE INC. EQUIPMENT

**SISTEMA DE SEGURIDAD Y VIGILANCIA:/ SECURITY CAMERAS**
( SAFETY SECURITY SYSTEMS ) 2962

| | |
|---|---|
| a) Control AUDIO- CE  # serie  DVRL160SV | $150.00 |
| b) Control Camaras-= NETGEAR  # serie  1XR1985700CC9 | $150.00 |

MONITORES   LCD  20"

| | |
|---|---|
| a) ACER , mod; X203H ; # serie; 94501909243 | $50.00 |
| b) ACER , mod; X203H ; # serie; 00210836440 | $50.00 |
| c) DYNEX,           ;#serie ; 270158J11 | $50.00 |
| d) ^OL   ; mod; 200LM00011 | $50.00 |

| | |
|---|---|
| 24  VIDEO CAMERAS | $25.00  EACH |
| 2 POWER SUPPLIES FOR CAMERAS | $50.00  EACH |

## SISTEMA DE REGISTRO:/CASH REGISTERS SYS'
(Para 04 cajas:   bascula-teclado-impresora-cerebro-cajon)
$10.000.00 THE WHOLE SYSTEM

**Impresora:/PRINTERS**                                   **04- Bascula:/SCALES  Laser Scanning:**

a) EPSON  ; # serie; EY3G026436                  a) 4 SCALE/SCANNER MAGELLAN  8200
b) EPSON  ; # serie; EY3G018681
c) EPSON  : # serie; BMSK002483
d) EPSON  ; # serie; EBAG000916

**Cerebro:/PCs**                                                     **Cajones:/CASH DRAWERS**

a) mca; FUJITSU ; mod; 2000 # serie; U127213        a) Mod; 9535; # serie; 2051985
b)     Idem         Idem         # serie; U127158        b) Mod; 9535; # serie; 2053380
c)     Idem         Idem         #serie;  U127201        c) Mod; 9535; # serie; 1737858
d)     Idem         Idem         #serie;  U177591        d) Mod; 9535; # serie; 1737919