**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**


**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JR PRODUCE, INC.** | § | **CASE NO.  14-31947-HCM** |
| | § | **CHAPTER 11** |
| **DEBTOR IN POSSESSION** | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Judy A. Robbins, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1.      The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on December 1, 2014.

2.      The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3.      The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee from the 20 largest unsecured creditors.  After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest in serving on the Committee, in order to appoint a proper Committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7


By: //s//Kevin M. Epstein
      Kevin M. Epstein
      Trial Attorney
      Texas Bar No. 00790647
      615 E. Houston, Rm. 533
      San Antonio, TX 78205
      (210) 472-4640
      (210) 472-4649 Fax
      Kevin.M.Epstein@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was served upon the parties listed on the attached Service List by United States Mail, first class, postage prepaid and/or by electronic means for all Pacer System participants, on this the 27th day of March, 2014.


     //s//Kevin M. Epstein
     Kevin M. Epstein

Harvest Meat Company, Inc.
1022 Bay Marina Dr., # 106
National City, CA  91950

Frase Foods, Inc.
3805 Frutas Ave.
El Paso, TX  79905

Amigos Meat Distributors
2423 E. University Dr.
Phoenix, AZ  85034

Cargill Food Distribution
PO Box 200050
San Antonio, TX  78220

Clifford, Ross, Raudenbush &
Cooper CPAS
1790 Lee Trevino, Ste. 400
EL Paso, TX  79936

El Paso County Tax Assessor/Collector
PO Box 2992
El Paso, TX   79999

Dees Foodservice El Paso, LLC
PO Box 26249
El Paso, TX  79907

Quality Fruit and Veg. Com
10 Zane Grey
El Paso, TX  79906

Comptroller Public Account
PO Box 149348
Austin, TX  78714-9348

MIMCO, Inc.
6500 Montana Ave.
El Paso, TX  79925

Frontier Foods & Cold Storage, Inc.
1601 E 4th Ave.
El Paso, TX  79901

Bananas & Tropical Fruits, Inc.
3618 Frutas Ave.
El Paso, TX  79905

El Paso Electric Company
PO Box 650801
Dallas, TX  75265-0801

Matas Produce, Inc.
801 E. Seventh Ave.
El Paso, TX  79901

Prices
Lock Box 730771
Dallas, TX  75373-0771

Jose Jesus Felix/Felix Produce
10142 North Loop
El Paso, TX  79927

Ceballos Honey
PO Box 1224
1118 E. Main St.
Fabens, TX  79838

Economy Cash & Carry
PO Box 1736
El Paso, TX  79949-1736

Alto Valle Foods, Inc.
301 Raynolds, Ste. A
El Paso, TX  79905

Productos Real
1100 Pendale
El Paso, TX  79907

Aldo R. Lopez
James & Haugland, P.C.
609 Montana Ave.
El Paso, TX  79902

JR Produce, Inc.
11410 Cedar Oak Dr.
El Paso, TX  79936